IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN SMITH                                                                                    PLAINTIFF

V.                                             2:17-CV-02019

DOLGENCORP, LLC &                                                                  DEFENDANT
JOHN DOES 1-X

## CLERK'S ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal (document #12) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that this action shall be dismissed without prejudice.

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By: /s/ Michelle J. McEntire
      Deputy Clerk